UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GORDON P. KENNEDY

05CR0588(SCR)
ORDER ACCEPTING PLEA ALLOCUTION

BRIEANT. J

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, July 05, 2005 is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: July 24, 2005

SO ORDERED:

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: